JOHN R. POTTS, Appellant, v. RICHARD CUFF, HUGH MCROBERTS and EDWARD PLACE, Respondents.

APPEAL from judgment in favor of defendants, dismissing the complaint.

*George W. Glaze*, for appellant.

*Foley & Wray*, for respondents.

CONLAN, J.   Appeal from a judgment dismissing plaintiff's complaint.

The judgment appealed from should be reversed and a new trial ordered, with costs to abide the event, on the authority of *Beckett* v. *Place*, 12 Misc. Rep. 323.

VAN WYCK, J., concurs.

Judgment reversed and new trial ordered, with costs to abide event.